**OUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                            CASE NO: 8:12-cr-288-T-EAK-MAP

DANIAL MICHAEL CRONKITE

_____/

**Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the defendant's motions to reduce his prison term under 18 U.S.C. § 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG §1B1.10(d) (2014). Docs. # 641 and 678. The United States does not oppose a reduction. Doc. #678. The parties agree that he is eligible for a reduction because Amendment 782 reduces the guideline range applicable to him, *see* USSG §1B1.10(a)(1). Doc. #678. The Court agrees that he is eligible for a reduction and adopts the amended guideline calculations in the memorandum from the U.S. Probation Office. Doc. #667.

Having reviewed the facts in both the original presentence investigation report and the February 13, 2015 memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that a reduction of 12 months, is warranted. Consistent with USSG §1B1.10(e)(1), and in light of the practical difficulties of a possible release date on Sunday, November 1, 2015, the effective date of this order is November 2, 2015.

Thus:

(1)  The Court grants the defendant's motions, Docs. #641 and 678.

(2)  The Court reduces the defendant's prison term from 70 to 58 months, or time served, whichever is greater.

(3)  The effective date of this order is November 2, 2015.

**DONE** and **ORDERED** in Chambers, Tampa, Florida on March 27, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services